# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

131859(38)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

V & J FOODS OF MICHIGAN, INC.,
      Petitioner-Appellant,

v

DEPARTMENT OF TREASURY,
      Respondent-Appellee.

SC: 131859
COA: 259460
MTT: 00-295871

_____/

      On order of the Court, the motion for reconsideration of this Court's November 29, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

p0220